**Louis D. Tenerelli, Plaintiff-Appellee, v. Eddy Stoker Corporation, Defendant-Appellant.**

**Gen. No. 46,554. (Abstract of Decision.)**

First District, Second Division.

February 21, 1956.

Released for publication April 3, 1956.

Judgment reversed and cause remanded. G. Donald Whitehouse, and Albert E. Jenner, Jr., for defendant-appellant; Morris Gordon Meyers, and Jonas Meyers, for defendant-appellee; Harold Z. Novak, of counsel. Opinion by JUDGE SCHWARTZ. Not to be published in full.